UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
HASAN ERSEN,

                        Plaintiff(s),                      Index #CV 08 6706

      -against-                                   **RULE 7.1 NOTICE**

BANANA REPUBLIC, LLC,

                        Defendant(s).
-------------------------------------------------------------------X

      Under Federal Rule of Civil Procedure 7.1, defendant, BANANA REPUBLIC, LLC, makes the following disclosures:

      1)    THE GAP, INC., is the parent corporation of BANANA REPUBLIC LLC, owning 10% or more of the BANANA REPUBLIC, LLC, stock.

      2)    There is no other publicly held corporation that owns 10% or more of BANANA REPUBLIC, LLC.

      The signature certifies that to the best of the certifier's knowledge the statements in this paper are correct.

Dated: Woodbury, New York
       August 11, 2008                    YOURS, etc.,

                                            */s/ Peter G. Prisco*
                                            _____
                                            McANDREW, CONBOY & PRISCO
                                            By:   PETER G. PRISCO (7397)
                                            Attorneys for the Defendant(s)
                                            95 Froehlich Farm Boulevard
                                            Woodbury, New York 11797
                                            (516) 921-8600

TO:    BAINTON McCARTHY, LLC
        Attorneys for Plaintiff
        26 Broadway, Suite 2400
        New York, New York 10004
        (212) 480-3500

STATE OF NEW YORK )
                  ) ss.:
COUNTY OF NASSAU  )

       JOANNE RELLER, being duly sworn says:

       That deponent is not a party to this action, is over 18 years of age, and resides at Greenlawn, New York.

       That on August 11, 2008, deponent served the within

RULE 7.1 NOTICE

by mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the United States Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

TO:   BAINTON McCARTHY, LLC
      Attorneys for Plaintiff
      26 Broadway, Suite 2400
      New York, New York  10004
      (212) 480-3500

                                 _____
                                 JOANNE RELLER

Sworn to before me this
August 11, 2008

_____
     Notary Public
Lucy G. Bone
Notary Public, State of New York
No.: 01B05046732
Qualified in Suffolk County
Commission Expires: 7/17/11