AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

Hasan Ersen

V.

Banana Republic LLC

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 6706

JUDGE RAKOFF

TO: (Name and address of Defendant)

Banana Republic LLC
C/O C T CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

J. Joseph Bainton (JB-5934)
Bainton McCarthy LLC
26 Broadway, Suite 2400
New York, NY 10004
(212) 480-3500

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                          JUL 2 8 2008

CLERK                                                        DATE

_Catherine Lapsley_
(By) DEPUTY CLERK

⹄AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | Friday, 08/01/2008 (11:20 AM) |
| NAME OF SERVER *(PRINT)* Darlene S. Greene | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
   CT Corporation System, 111 Eighth Avenue, New York, NY 10011

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  08/01/2008                  *Darlene S. Greene*
             Date                        Signature of Server

P.O. Box 1085
Bronx, NY 10471-0600
Address of Server

Darlene S. Greene- Process Server
N.Y.C. Dept. of Consumer Affairs
License No.: 1096288
Expires: 02-28-2010

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.